1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TONY CAMPBELL,                              No. CIV S-05-2249-LKK-CMK-P

12              Petitioner,

13         vs.                                    ORDER

14    E. BORBA,

15              Respondent.

16    _____/

17         Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's notice of

19    appeal, which is construed as a request for a certificate of appealability (Doc. 10), filed on

20    February 10, 2006.

21         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

22    this court's January 27, 2006, summary dismissal of his application for a writ of habeas corpus.

23    Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C.

24    § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C.

25    § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional

26    right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability

                                              1

1   indicating which issues satisfy the required showing or must state the reasons why such a

2   certificate should not issue.  Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate

3   judge's December 7, 2005, findings and recommendations, petitioner has not made a substantial

4   showing of the denial of a constitutional right.

5            Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate

6   of appealability is denied.

7   DATED:  April 19, 2006.

8                                        /s/Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
9                                        SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26